CASE NO. 05-12831-JMD  ADVERSARY NO. 07-1007-JMD

## CERTIFICATE OF SERVICE

I, __Taruna Garg__ certify that I am, and at all times during the service
     (name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __1/12/07__ by (check all that apply):
     (date)    Certified Mail, Return Receipt Requested; and

__X__  Mail service: Regular, first class United States mail, postage fully pre-paid addressed to: (see attached list)
Attn: President
Citicorp Credit Services, Inc.
8787 Baypine Road
Jacksonville, FL 33256

_____  Mail service: Certified United States mail to an Insured Depository Institution, postage fully pre-paid as required in Bankruptcy Rule 7004, addressed to: (see attached list)

_____  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____  Residence Service: By leaving the process with the following adult at:

_____  Publication: The defendant was served as follows: (Describe briefly)

_____  State Law: The defendant was served pursuant to the laws of the State of _____
as follows: (Describe briefly)                                                      (name of state)

---

**UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on: __1/12/07__    _Taruna Garg_ (Signature)
            Date

Print Name: __Taruna Garg__
Business Address: __Murtha Cullina LLP__
                  __99 High Street__
City: __Boston__
State: __MA__    Zip: __02110__

kam/7.98/orderbk/forms07