UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 7 |
| AMHERST TECHNOLOGIES, LLC, et al. | ) | Case No. 05-12831-JMD |
| | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| OLGA L. BOGDANOV, CHAPTER 7 | ) | Adversary Proceeding |
| TRUSTEE OF AMHERST | ) | No. 07-1007 |
| TECHNOLOGIES, LLC et al. | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| CITICORP CREDIT SERVICES, INC. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## JUDGMENT

Upon consideration of the Chapter 7 Trustee's Motion for Default Judgment (the "Motion"), after due deliberation and good cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED, ADJUDGED, and DECLARED, that the Defendant, Citicorp. Credit Services, Inc., shall turn over to the Chapter 7 Trustee $92,129.11 plus interest.

ENTERED in Manchester, New Hampshire, __May 11_____ _____, 2007.

/s/  J. Michael Deasy
_____
The Honorable J. Michael Deasy
United States Bankruptcy Judge